# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERROL MEDINA,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-3300** |
| | : | |
| **JEFFREY REICH,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 31st day of October, 2022, upon consideration of Plaintiff Errol Medina's *pro se* Amended Complaint (ECF No. 5) and the Supplement to the Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. Medina's Amended Complaint and the Supplement are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**